No. 76–1662. UNITED STATES *v.* BOARD OF COMMISSIONERS OF SHEFFIELD, ALABAMA, ET AL. Appeal from D. C. N. D. Ala. Motion to expedite consideration of the appeal granted.

No. 76–6694. BLAKE *v.* UNITED STATES COURT OF APPEALS FOR THE SIXTH CIRCUIT. Motion for leave to file petition for writ of mandamus and/or prohibition denied.

No. 76–1427. MCDANIEL *v.* PATY ET AL. Appeal from Sup. Ct. Tenn. Probable jurisdiction noted. 

No. 75–1892. UNITED STATES *v.* MACDONALD. C. A. 4th Cir. Certiorari granted. 

No. 76–1383. CHRISTIANSBURG GARMENT Co. *v.* EQUAL EMPLOYMENT OPPORTUNITY COMMISSION. C. A. 4th Cir. Certiorari granted. 

No. 76–1500. MASSACHUSETTS *v.* UNITED STÅTES. C. A. 1st Cir. Certiorari granted. 

No. 76–6617. GREENE *v.* MASSEY, CORRECTIONAL SUPERINTENDENT. C. A. 5th Cir. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted. 

No. 76–220. GENERAL DYNAMICS CORP. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 76–984. DRUMMOND ET UX. *v.* FULTON COUNTY DEPARTMENT OF FAMILY AND CHILDREN'S SERVICES ET AL. Sup. Ct. Ga. Certiorari denied.